**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

COREY PERKINS                                                                    PLAINTIFF

v.                                          2:11-cv-00036-JMM-JTK

DANNY BURL                                                                      DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be,  and it is hereby, DISMISSED without prejudice, for failure

to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 26th day of April, 2011.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE